# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0325. JANETTE P. BOWEN v. NAJARIAN CAPITAL, LLC.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Janette P. Bowen appealed to the superior court. On June 6, 2018, the superior court found in favor of plaintiff Najarian Capital, LLC. Bowen filed this direct appeal on June 26, 2018. We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Bowen's failure to file a discretionary application deprives this Court of jurisdiction.

Second, although a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within 7 days of the date the judgment was entered. OCGA § 44-7-56; *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, however, Bowen filed her notice of appeal 20 days after entry of the superior court's order. Her appeal is thus untimely.

For these reasons, we do have jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  10/17/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*

*, Clerk.*